214 F.2d 824
 Berth C. NESS, Appellant,
v.
UNITED STATES of America.
 No. 15051.
 United States Court of Appeals, Eighth Circuit.
 July 15, 1954.
 
 1
 Appeal from the United States District Court for the District of Minnesota.
 
 
 2
 Joseph A. Maun and William R. Busch, St. Paul, Minn., for appellant.
 
 
 3
 George E. MacKinnon, U. S. Atty., and Alex Dim, Asst. U. S. Atty., St. Paul, Minn., for appellee.
 
 
 4
 Appeal from District Court dismissed without taxation of costs in this Court in favor of either of the parties, etc., on stipulation of parties.